You have two issues, right? Yes. You have two issues here. One is the bank breaks a car correctly, and that's 3% of the stock compiled. And the second is there's no jurisdiction over the end of the service. You share two issues, right? Yes. Member Sato, shooting was neglected. I cellated that. Its okay. Well, isn't that because he didn't play? For an NRA. For an NRA, it was selected. Yes, sir. For an NRA, it was selected. Well, that's not what he said. I'm sorry. For an NRA, it was selected. She's not doing something that somebody here is doing. What she is doing is displaying that you're painting, that you are never even loud. All that you are, Sato, is talking, but you're never loud. You're angry. The claim was never loud. Well, it was loud by alternation of law, because it was loud. And if you don't file an objection, then by alternation of law, the claim is allowed. She first said, he said, he's loud because the letter was filed. It was filed, but he said, it doesn't matter if it's loud or just loud, whatever happens to it. Going to, it's either not made to the exchange, or it stays over. It's all known, never mind. Before you ever file an alteration, right? Well. So, I'm asking, too. They said you're never allowed to display. If a claim is filed, and she's loud, then there is this strudicata effect of the, in the symbol, it speaks of the fact that the claim was made, let's see, on page 22 of 23. What were the objectives of the claim? The letter. So now, I file a lawsuit. What is the reason you filed it? The fact of dismissing or lack of jurisdiction. Well. Maybe that's a good question. You don't know the honest truth, do you? Is there a dispensed provider of jurisdiction? Yes. So there is no ratio to Congress. Nobody even talked about it. And you said they don't have any jurisdiction. I understand. At that point, it doesn't seem that jurisdiction, I mean, that restitution would have been set aside. It's set aside. There isn't anything, just a ratio to Congress. No. Okay. What would we do if there was no jurisdiction? Okay. If we hadn't filed a caption, then what if there was jurisdiction? The legal question of jurisdiction, our trustee, it's sort of a moral objection to the titles. The court at that point did not say, hey, we don't have jurisdiction. The court went ahead and inferred the instruction of the trustee and removed it and said, well, this was a amendment to a men's moral claim that had been filed previously by filing objections to the claim. Okay. So, half of the court ruled on that and say, we do have jurisdiction to find the claimant's claim and then later say, okay, well, you can't file an objection and say, we don't have jurisdiction and the court did not have jurisdiction. So, I think that's too good. Frankly, it seems to me you and I are confusing. Either I'm confusing my questions or you're confusing what I asked you. And it seems to me, I said when we began, there's two issues right up front that you and I need to talk about. One, when the claim was finally filed, it seems to me that you never appealed that back. You never put it in your notice of appeal here. And I guess I'm determining that from the claim time in the file is just an optional state. Why not? You didn't file it in the file. You didn't put it in your notice of appeal. It's only as the adversary proceeding. You didn't put it in the term that it had been waived and I don't know how I can then address the issue. That's part of the proof of the claim. If you want to get to the adversary proceeding, that's when I'm talking about the jurisdiction. We're not talking about the jurisdiction as it relates to your claim. We're not using things up in front of you. Give me your best argument again. Well, the original counselor that day was filed by the trustee and the trustee brought out that it wasn't a claim filed. We did not draw any objection to this claim because the original objection was not even opposed to a claim that had been filed. It was opposed to a claim from Bank of America. Bank of America never filed a claim. Bank of America has been the resourcing company for Bank of New York now. But it appeared from the corpse that the court was going to rule on that. I appeared and pointed out to the court that Bank of New York dollars had never been served and so this was improper. So did you ever appease the government? Well, indeed, I appeased the government. I appeased the government. You appeased the government. That's correct. You appeased the government. Indeed. It can't come to us and go away. You didn't want it in your house, did you? So we can't address that. So let's move then to the adversary proceeding. Okay. So here's the adversary proceeding. The adversary proceeding is again about the same as the claim, right? Yes, it's the same. It's a claim, but it's about the same. It's the same as the claim. And the adversary proceeding is from that point. The estate had already been, the plan had already been confirmed, right? Yes. The estate had already been bought and the plan had been confirmed. Everybody was going on, but you brought in the adversary proceeding to try to get out this law. Because this is a claim, and I understand what they did, but the plan was stolen. Yes. And now you're bringing the adversary proceeding, right? Correct. And the bankruptcy court said, which is normal in the general debate, we don't have to deal with this secure law. It has nothing to do with the plan. I don't have any jurisdiction over it. It really has no part in what I've done with the plan. You didn't even put it in the plan. You didn't even ask for me to deal with it in the plan. There's nothing this adversary proceeding can do because it's a secure law and it doesn't have anything to do with the plan. Now tell me why they have jurisdiction  and just don't think of it as a plan. I think it's a secure law. It's a security interest. And it's not something that you'll see as a history. It's a plan. And it's not just a history. It's a law. So what's the difference? What's the difference? Okay. First question is, did the laws occur? Okay, that's a good question. Second question, how does the CBSO act on the future of the law in place? Did the law use a court dictation in order to obtain jurisdiction? Next question, how does the CBSO use the law? The law, how did the law? The law uses questions and jurisdictions and it appears that it doesn't need jurisdictions or no jurisdictions. Maybe in your college, maybe in City Court or somewhere else. And that's what that first question was saying. Do you need to go to City Court in order for the law? Yes, I would say. Why is that why? Because that assumes that the claim is secure. No, it's not. It just assumes that you're going to be fined if you go to City Court because it makes no difference to your plan. But, it seems that the case does seem to think you made a difference because you filed an objection. No, I think it's used to determine as to how you claim the law, but it's also used to assess whether you have an objection. Okay. Um, if, if the claims were allowed and... First of all, the first question was, well, if I went to your college to stand up here and determined whether it was the, my own claims, those were fined, I'm not going to be fined. It's secure. College is most of the best place to do it. It's fine. Well, there are numerous claims that have been filed late, and there are numerous cases that have started questions about the cases that were filed that have been declared as being filed late. There are claims that were filed late after claims were concerned. But if I go into a scenario that says I'm part, I'm part of the advocacy that needs to be done, then it's just not, I think, part of the strategy of determining as to whether you've signed up or signed up, I just need to know. That's all. Well, what I'm trying to understand is, okay, the court sets out that if they file a claim, it's like filing, I can't say it's like filing a complaint in several courts. They file, they took jurisdiction, I mean, they gave jurisdiction to the court, and then you file an objection, and then the court is supposed to go through the process of determining how much the claim is and whether it's a valid claim. It seems that's just the way things are supposed to work, and there are certain cases whose staff decided issues about is that the amended claims where the claim should be amended or amended should not be filed. In this case, we don't know whether the claim is actually secured by the property or not. The problem is, again, the problem is that you're going to have to concentrate on what are you going to do in the next job interview. There was one interview this long and it didn't cross. This long and it didn't cross. You did not even call it in the plan. What happened now? Right. Well, it's just an unsecured claim. It is not. It's not unsecured. It is not addressed in the plan. The only thing to question is, since it wasn't addressed in the plan and the plan was confirmed and had nothing to do with this note, nothing to do with this deed of trust, why do we have jurisdiction over it now? Why did the bankruptcy court have jurisdiction over it even though they have the series? Because it has nothing to do with the plan. It has nothing to do with the fact that you already set up the plan. You didn't even enter it into the plan and therefore, the bankruptcy court says it isn't there right on their jurisdiction and the new way to have jurisdiction is either a rise under and a rise in. It relates to or it's raised to the contrary. And we've now talked about raising to the contrary. To me, you're going to start with why this would arise under, arise in, relate to, or raise to the contrary. That's all you have to do. All of the unsecured acts are just the unscheduled acts. So we must, we're supposed to do the unsecured act because we didn't know prior to security that then was allowed in a lawsuit for who owned the loan. So we just did an unscheduled act that has unsecured and all the unsecured loans are addressed as one big flaw in the plan rather than our indivisible relationship to the plan. So the plan was as much as could be addressed in case safety. I agree with you. Um, it's our view and I do support this and we'll be voting on this in the next case to be reviewed by our judges. We're looking for a statement that could have been made in a statement that is helpful and important in order to serve all of the community's needs. That's just what we're looking for. And the confirmation here is that it's possible for checks to arise in some way in terms of the sometimes follow these great rules and um you know they're well like you said you had your loan  your this well what you that you all will all all all all all it was
judges: Berzon, N.R. Smith, Zouhary